*Abram I. Elkus* and *Carlisle J. Gleason* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Willard Bartlett, Ch. J., Werner, Hiscock, Chase, Cuddeback and Cardozo, JJ. Not sitting: Miller, J.

---

Patrick Mulqueen, Appellant, *v.* Interborough Rapid Transit Company, Respondent.

*Mulqueen* v. *Interborough R. Tr. Co.*, 148 App. Div. 915, affirmed. (Submitted April 30, 1914; decided May 15, 1914.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 2, 1912, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer.

*Cornelius J. Earley* for appellant.

*B. H. Ames, John Montgomery* and *James L. Quackenbush* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Willard Bartlett, Ch. J., Werner, Hiscock, Chase, Cuddeback and Cardozo, JJ. Not sitting: Miller, J.